# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: VTRAN MEDIA TECHNOLOGIES : MDL Docket No. 1948
LLC, PATENT LITIGATION :
:

# ORDER

AND NOW, this 17th day of September, 2010, upon careful consideration of Defendants' Motion for Summary Judgment (ECF No. 80), and the responses thereto, it is hereby ORDERED as follows:

1. VTran shall have twenty-one (21) days to file an affidavit pursuant to Federal Rule of Civil Procedure 56(f), as detailed in the foregoing Memorandum.

2. Defendants may respond within fourteen (14) days.

3. If VTran fails to file such an affidavit, summary judgment will be entered in favor of Defendants for the reasons stated in the foregoing Memorandum.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL\VTRAN Media MDL 1948\VTRAN MDL - Summ. J. Order.wpd