# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: VTRAN MEDIA TECHNOLOGIES : MDL Docket No. 1948
LLC, PATENT LITIGATION :
 :

## ORDER

In the Court's Memorandum on Summary Judgment entered September 17, 2010 (ECF No. 98), the Court gave Plaintiff one final opportunity to file an affidavit pursuant to F. R. Civ. P. 56(f). After a review of Plaintiff's Rule 56(f) Motion and the accompanying affidavit (ECF No. 100), the Court concludes, from the reasons set for in the foregoing Memorandum, that Plaintiff has failed to show any grounds for additional discovery.

AND NOW, this 13th day of December, 2010, it is hereby ORDERED as follows:

1. Summary Judgment is GRANTED in favor of all Defendants and against Plaintiff, in all cases consolidated in MDL 1948.

2. Final judgment shall be entered in favor of all Defendants and against Plaintiff in all cases.

3. Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Clerk of the Court shall send a copy of this Order to the Clerk of the Panel.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL\VTRAN Media MDL 1948\Order - SJ 12-13-10.wpd

fax
cc: Spivey
Garrison
Weaver
Makadon